UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

GOLZAR YOUSEF #A221-390-348             CASE NO.  3:26-CV-00064 SEC P

VERSUS                                 JUDGE JAMES D. CAIN, JR.

WARDEN RICHWOOD CORRECTIONAL  MAGISTRATE JUDGE DAVID J. AYO
CENTER ET AL

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 19), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**.  Petitioner must be released within five (5) business days.  Respondent must file a notice of compliance within 24-hours of Petitioner's release.

**THUS, DONE AND SIGNED** in Chambers this 11th day of May, 2026.

JAMES D. CAIN, JR
UNITED STATES DISTRICT JUDGE